NUMBER 13-06-260-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__ _____________________________________________________


PABLO AGUILAR, SR., Appellant,


v.



MARINA GOMEZ AGUILAR, Appellee.

________________________________________________________


On appeal from the 404th District Court


of Willacy County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 Appellant, PABLO AGUILAR, SR., perfected an appeal from a judgment entered
by the 404th District Court of Willacy County, Texas, in cause number 03-307. 
Appellee has filed a motion to dismiss the appeal for failure of appellant to timely
prosecute his appeal. In the motion, appellee states that appellant has failed to file his
appellate brief and has failed to request a further extension of time. Appellee states
that the lack of finality in his matter continues to harm her, and she requests that the
appeal be dismissed. No response to the motion to dismiss has been filed by
appellant.

 The Court, having considered the documents on file and appellee's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellee's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of November, 2006.